1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11  HINDS INVESTMENTS, L.P. and          No.    CV 07-3180 PA (PJWx)
    THOMAS F. HINDS,
12                                               JUDGMENT
                        Plaintiffs,
13

14          v.

15  UNITED FABRICARE SUPPLY, INC.;
    AJAX SUPPLY COMPANY, INC.; and
16  DOES 1 through 20, inclusive,

17                      Defendants,

18  ─────────────────────────────

19  AND RELATED COUNTER AND
    CROSS ACTIONS.
20

21          In accordance with the Court's Orders dated June 23, 2008 granting Defendant

22  United Fabricare Supply, Inc.'s Motion for Summary Judgment; granting Ajax Supply

23  Company, Inc.'s Motion for Summary Judgment; granting defendant Velma Weltmer's

24  Motion to Dismiss; and granting defendant Velma Weltmer's Motion for Summary

25  Judgment, as well as the Stipulations to Dismiss defendants Arnaldo Alvarez, Araceli

26  Alvarez, and AAA-DC, Inc. dated August 1, 2008, there are no remaining claims pending in

27  this action.

28

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1.     Plaintiffs Hinds Investments, L.P. and Thomas F. Hinds ("Plaintiffs") shall take nothing on their claims against United Fabricare Supply, Inc., Ajax Supply Company, Inc., and Velma Weltmer;

2.     United Fabricare Supply, Inc., Ajax Supply Company, Inc., and Velma Weltmer shall have judgment entered in their favor;

3.     Plaintiffs' first claim under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), second claim for declaratory relief, and third claim under the Resource Conservation and Recovery Act ("RCRA") against defendants Arnaldo Alvarez, Araceli Alvarez, and AAA-DC, Inc. are dismissed with prejudice;

4.     Plaintiffs' remaining state law claims against defendants Arnaldo Alvarez, Araceli Alvarez, and AAA-DC, Inc. are dismissed without prejudice; and

5.     United Fabricare Supply, Inc., Ajax Supply Company, Inc., and Velma Weltmer shall recover from Plaintiffs their costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: August 15, 2008

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

-2-